## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ANNIE D. SARTIN**                                          **CIVIL ACTION**

**VERSUS**                                                  **NO: 15-4834**

**CAROLYN COLVIN, ACTING**                    **SECTION: "H"**
**ADMINISTRATOR OF SOCIAL SECURITY**

<u>**ORDER**</u>

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that Defendant's Cross Motion for Summary Judgment (Doc. 20) is **GRANTED** and Plaintiff's Motion for Summary Judgment (Doc. 16) is **DENIED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 10th day of November, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1